## FORMBY *vs.* SMITH & COMPANY.

69a 769
100 477

[Owing to providential cause, JACKSON, Chief Justice, did not preside in this case.]

Where the judge of the superior court sustains a *certiorari,* and orders a new trial on the ground that the verdict of a jury in a justice court is contrary to evidence, the evidence being conflicting, and there having been but one trial before a jury, this court will not interfere, unless it is manifest that the judge abused his discretion. Such is not the case here. 60 *Ga.,* 100; 63 *Ib.,* 331, 743.

November 28, 1882.

SPEER, Justice.

---

## BARCLAY *et al. vs.* GRAVES *et al.*

There was no abuse of discretion in granting a new trial in this case 63 *Ga.,* 163.

(*a.*) Where a judge grants a new trial, we are not to presume that when the case is again tried, he will decide the law wrongly, or that he will fail to correct his own errors, if he has made any.

September 19, 1882.

CRAWFORD, Justice.